

| | | |
|---|---|---|
| **HON. SYLVIA O. HINDS-RADIX**<br>*Corporation Counsel* | THE CITY OF NEW YORK<br>**LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | **W. Simone Nicholson**<br>*Special Assistant Corporation Counsel*<br>Office: (212) 356-2455 |

November 16, 2022

**VIA ECF**
Hon. Paul A. Engelmayer
Thurgood Marshall United States District Court
40 Foley Square
New York, New York 10007

        Re: *G.C., et al. v. N.Y.C. Dep't of Educ.* 22-cv-5589 (PAE)(RWL)

Dear Judge Engelmayer:

        I am a Special Assistant Corporation Counsel in the office of Corporation Counsel, the Hon. Sylvia O. Hinds-Radix, attorney for Defendant in the above-referenced action, wherein Plaintiff seeks solely attorneys' fees, costs and expenses for legal work on an administrative hearing under the Individuals with Disabilities Education Act, 20 U.S.C. §1400, et seq., as well as for this action.

        I write on behalf of all parties to request an adjournment of the Initial Pre-Trial Conference ("IPC") scheduled for November 17, 2022 (ECF 12), *sine die*. I apologize for the lateness of this request and the inconvenience it has caused the Court. Liability is not at issue and there is no discovery needed. Further, the parties have begun discussions to resolve the case through settlement and agree that a IPC at this stage would be premature and a unnecessary use of the Court's time and resources. With that in mind, the parties request that in lieu of the IPC and submission of a Case Management Plan ("CMP") at this time, that they be permitted to submit a joint letter advising the Court of the status of the settlement negotiations, no later than December 19, 2022, or in the alternative, proposing a briefing schedule.

        Thank you for considering this submission.

The Court adjourns the telephonic, initial conference to December 22, 2022 at 2 p.m. The Court directs the parties to notify the Court promptly, in the event that the parties settle the case before then. SO ORDERED.

Respectfully submitted,

*/s/ W. Simone Nicholson*
W. Simone Nicholson
Special Assistant Corporation Counsel

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge
November 16, 2022