

HON. SYLVIA O. HINDS-RADIX
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

W. Simone Nicholson
*Special Assistant Corporation Counsel*
Office: (212) 356-2455

December 16, 2022

**VIA ECF**
Hon. Paul A. Engelmayer
Thurgood Marshall United States District Court
40 Foley Square
New York, New York 10007

   Re: *G.C., et al. v. N.Y.C. Dep't of Educ.* 22-cv-5589 (PAE)(RWL)

Dear Judge Engelmayer:

  I am a Special Assistant Corporation Counsel in the office of Corporation Counsel, the Hon. Sylvia O. Hinds-Radix, attorney for Defendant in the above-referenced action, wherein Plaintiff seeks solely attorneys' fees, costs and expenses for legal work on an administrative hearing under the Individuals with Disabilities Education Act, 20 U.S.C. §1400, et seq., as well as for this action.

  I write on behalf of all parties to request an adjournment of the Initial Pre-Trial Conference ("IPC") scheduled for December 22, 2022 (ECF 12), *sine die*. The parties are continuing good faith negotiation and agree that an IPC would be premature and a unnecessary use of the Court's time and resources. With that in mind, the parties request that in lieu of the IPC that they be permitted to submit a joint letter advising the Court of the status of the settlement negotiations, by or before January 26, 2023 (to accommodate the holidays) either advising the Court that the case has been resolved, submitting a briefing schedule or a request for an IPC.

  Thank you for considering this submission.

Respectfully submitted,

*/s/ W. Simone Nicholson*
W. Simone Nicholson
Special Assistant Corporation Counsel

Granted. The Court wishes the parties a happy and healthy holiday season.

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge
December 19, 2022