UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
    G.C., *et al.*,

                                Plaintiffs,

                -v-

    NEW YORK CITY DEPARTMENT OF EDUCATION,

                                Defendant.

------------------------------------------------------------------X

22 Civ. 5589 (PAE)

<u>ORDER</u>

PAUL A. ENGELMAYER, District Judge:

      On April 3, 2023, the Court ordered the parties to submit a joint status update on April 21, 2023. Dkt. 23. The parties have neither done so nor requested an extension. The Court orders the parties to file a joint update as to the status of the above-captioned case by April 26, 2023.

      SO ORDERED.

*Paul A. Engelmayer*
Paul A. Engelmayer
United States District Judge

Dated: April 24, 2023
       New York, New York