UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

G.C. and M.L., individually and on behalf of P.C.L.,

                         Plaintiffs,

-v-

NEW YORK CITY DEPARTMENT OF EDUCATION,

                         Defendants.

22 Civ. 5589 (PAE) (RWL)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

      On June 15, 2023, the Court previously dismissed this case without prejudice to the right to reopen the action within thirty days. Dkt. 29. More than thirty days passed since the issuance of the order without a motion to reopen the action from either party. The parties now ask this Court to retain jurisdiction over this action for the purpose of enforcing the terms of the settlement agreement between the parties as set forth in their executed stipulation of settlement. Dkt. 33. The Court hereby retains jurisdiction for the sole purpose of enforcing the settlement agreement.

SO ORDERED.

*Paul A. Engelmayer*
_____
PAUL A. ENGELMAYER
United States District Judge

Dated: September 22, 2023
       New York, New York